**2017–0644. Harris v. Haas.**
In Procedendo. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0671. State ex rel. Armstrong v. Shaughnessy.**
In Mandamus and Prohibition. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0707. Kerr v. Turner.**
In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, and DEWINE, JJ., concur.

FISCHER, J., not participating.

**2017–0708. State v. Hill.**
Trumbull App. No. 2016–T–0099. On appellee's motion to dismiss appeal as improvidently filed. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**1998–1474. State v. Coley.**
Lucas C.P. No. CR971449. On appellant's motion for order or relief. Motion denied.

**2003–0647. State v. Conway.**
Franklin C.P. No. 02CR1153. On appellant's amended application for reopening pursuant to S.Ct.Prac.R. 11.06. Application denied.

FRENCH, J., not participating.

**2015–0494. Cox v. Dayton Pub. Schools Bd. of Edn.**
Montgomery App. No. 26382, 2015-Ohio-620. On appellee's motion for cause. Motion denied.

**2016–1629. Thomasson v. Thomasson.**
Cuyahoga App. No. 104579. On guardian ad litem's motion for leave to intervene. Motion denied.

FISCHER, J., dissents.

**2017–0239. Sudberry v. Schweitzer.**
In Habeas Corpus. On petitioner's supplemental joinder-of-claims motion. Motion denied.

**2017–0254. Ohio Performance Academy, Inc. v. Testa.**
Board of Tax Appeals, Nos. 2015–1752 and 2015–1753. On appellants' amended motion to avoid dismissal and for reinstatement. Motion denied.

O'NEILL, J., dissents.

**2017–0346. State ex rel. O'Malley v. Collier–Williams.**
In Mandamus and Prohibition. On respondent's motion to dismiss. Motion denied.

On motion for leave to intervene as respondent. Motion granted. On intervening respondent's motion to dismiss or for judgment on the pleadings. Motion denied.

An alternative writ of prohibition is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05. The parties shall file any evidence they intend to present within 20 days; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.

DEWINE, J., would grant a peremptory writ of prohibition.

**2017–0532. State ex rel. Cobb v. Adult Parole Auth.**
Franklin App. No. 16AP–199, 2017-Ohio-1170. On appellant's motion for stay of cost-collection order. Motion denied.